QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM ANTHONY VAUGHN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br>WILLIAM VAUGHN,                 )<br>                                )<br>            Defendant.          )<br>_____) | CR S-04-0240 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

      The parties, through undersigned counsel, stipulate that the status conference scheduled for May 16, 2005, may be continued to June 13, 2005, at 9:30 a.m. to allow the parties additional time to finalize a plea agreement and for defense counsel to discuss it with Mr. Vaughn.  The defendant is out of custody and is in compliance with the conditions of pretrial release.

      Time may be excluded through June 13, 2005 to give counsel reasonable time to prepare, pursuant to 18 U.S.C. §3161(h)(1)(F) and §3161(h)(8)(b)(iv) and Local Code T-4.

/ / / / /

/ / / / /

1

1   So stipulated.

2                                           McGREGOR W. SCOTT
3                                           United States Attorney

4
DATED: May 11, 2005                    /s/Quin Denvir
5                                           Telephonically authorized to sign for
                                            SAMANTHA S. SPANGLER
6                                           Assistant U. S. Attorney

7

8  DATED: May 11, 2005                    /s/ Quin Denvir
                                            QUIN DENVIR
9                                           Federal Defender

10                                          Counsel for Defendant
                                            William Anthony Vaughn
11

12
                              **O R D E R**
13
        Good cause appearing, the status conference scheduled for
14
May 16, 2005, is continued to June 13, 2005, at 9:30 a.m.  Time is
15
excluded through June 13, 2005, to give counsel reasonable time to
16
prepare, pursuant to 18 U.S.C. §3161(h)(8)(b)(iv) and Local Code T-4.
17
        IT IS SO ORDERED.
18

19 DATED: May 11, 2005                    /s/ Frank C. Damrell Jr.
                                            FRANK C. DAMRELL, Jr.
20                                          United States District Court Judge

21

22

23

24

25

26

27

28 U.S. v. William Vaughn
   Stipulation/Proposed Order
   CR S-04-0240 FCD
                                       2