1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 |

6 | Attorney for Defendant
WILLIAM ANTHONY VAUGHN
7 |

8 |

9 |                    IN THE UNITED STATES DISTRICT COURT

10 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11 |

12 |

13 | UNITED STATES OF AMERICA,        ) No. 2:04-cr-00240 FCD
                                    )
14 |                   Plaintiff,   )
                                    ) **STIPULATION AND ORDER**
15 |       v.                       ) **EXONERATING BOND**
                                    )
16 | WILLIAM ANTHONY VAUGHN,         )
                                    )
17 |                   Defendant.   )
                                    ) Judge: Hon. Frank C. Damrell Jr.
18 | _____ )

19 |

20 |      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 | of America, and defendant, William Anthony Vaughn, through their

22 | attorneys, that bond in the above case may be exonerated and the property

23 | securing the bond may be reconveyed.

24 |      In June 2004, the magistrate judge order Mr. Vaughn released pending

25 | trial, with release secured by a Grant Deed to a Stockton property (2523

26 | Rosemarie) owned by Patricia and Waldemar Rimland.  Mr. Vaughn pled

27 | guilty in June 2005 and the Court sentenced him in August 2005 to 57

28 | months in prison.  The judgment was executed on December 12, 2005, when

1  Mr. Vaughn surrendered, and Mr. Vaughn remains in federal custody today

2  at USP Lompoc.   The Rimlands cannot close escrow on the sale of their

3  property because of the existing lien to secure the bond.   Because Mr.

4  Vaughn met all conditions of his bond and is now in custody, the parties

5  agree the bond should be exonerated and the property reconveyed.

6                                      Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender
8

9  Dated:   October 15, 2007           /s/ T. Zindel
                                       TIMOTHY ZINDEL
10                                     Assistant Federal Defender
                                       Attorney for WILLIAM VAUGHN
11

12                                     McGREGOR SCOTT
                                       United States Attorney
13

14 Dated:   October 15, 2007           /s/ T. Zindel for S. Spangler
                                       SAMANTHA SPANGLER
15                                     Assistant U.S. Attorney

16

17                         **O R D E R**

18      Bond in the above case is exonerated.   The Clerk of the Court shall

19 reconvey any property posted to secure the bond.

20      IT IS SO ORDERED.

21 Dated:   October 17, 2007

22

23

24 _____
   FRANK C. DAMRELL, JR.
25 UNITED STATES DISTRICT JUDGE

26

27

28

Stip. and Order                    -2-